1  Daniel A. Lev (CA Bar No. 129622)
   dlev@sulmeyerlaw.com
2  Steven F. Werth (CA Bar No. 205434)
   swerth@sulmeyerlaw.com
3  **Sulmeyer**Kupetz
   A Professional Corporation
4  333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California  90071-1406
5  Telephone: 213.626.2311
   Facsimile: 213.629.4520



FILED & ENTERED

JUN 09 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

Attorneys for Plaintiff, Howard M. Ehrenberg, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>AXIUM INTERNATIONAL, INC.,<br><br>Debtor. | Case No. 2:08-bk-10277-BB<br><br>Chapter 7<br><br>Jointly Administered With Case No. 2:08-bk-10376-BB, and Substantively Consolidated |
| In re<br><br>DIVERSITY MSP, INC.,<br><br>Debtor. | Jointly Administered With Case No. 2:08-bk-10377-BB, and Substantively Consolidated |
| HOWARD M. EHRENBERG, Chapter 7 Trustee of the Jointly Administered Cases of Axium International, Inc. and Diversity MSP, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>BRAINSTORM CREATIVE RESOURCES, INC., a Delaware corporation,<br><br>Defendant. | Adv. No. 2:09-ap-03269-BB<br><br>**ORDER DISMISSING ADVERSARY PROCEEDING AS AGAINST DEFENDANT BRAINSTORM CREATIVE RESOURCES, INC.**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**<br><br><u>Status Conference</u>:<br>Hearing Date: July 28, 2011<br>Hearing Time: 11:00 a.m.<br>Courtroom: 1475<br>      Roybal Federal Building<br>      255 East Temple Street<br>      Los Angeles, CA  90017 |

ASOKOLOWSKI\ 721012.1

Upon review of the *Stipulation to Dismiss Adversary Proceeding as Against Defendant Brainstorm Creative Resources, Inc.* filed on June 7, 2011 [Docket No. 9] (the "Stipulation") filed in this adversary proceeding and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES and DECREES** that:

1. The Stipulation is approved; and
2. Brainstorm Creative Resources, Inc. is hereby dismissed as defendant in this adversary proceeding with prejudice;
3. The above adversary proceeding has now been fully and finally resolved; and
4. The Status Conference set for July 28, 2011 at 11:00 a.m. is hereby taken off calendar.

**IT IS SO ORDERED.**

###

DATED: June 9, 2011

_____
United States Bankruptcy Judge

| In re: | CHAPTER: 7 |
|---|---|
| AXIUM INTERNATIONAL, INC. | |
| Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as **ORDER DISMISSING ADVERSARY PROCEEDING AS AGAINST DEFENDANT BRAINSTORM CREATIVE RESOURCES, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On June 9, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1482
Los Angeles, CA 90012-3332

☐Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on June 9, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Leo D. Plotkin, Esq./Levy, Small & Lallas:  lplotkin@lsl-la.com
John P. Mertens, Esq./Levy, Small & Lallas:  jmertens@lsl-la.com

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 9, 2011 | Ann L. Sokolowski | /s/ Ann L. Sokolowski |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                 **F 9013-3.1**

| In re:<br>AXIUM INTERNATIONAL, INC.<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:08-bk-10277-BB |
|---|---|

**NOTE TO USERS OF THIS FORM:**
1. Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2. The title of the judgment or order and all service information must be filled in by the party lodging the order.
3. **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4. **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER DISMISSING ADVERSARY PROCEEDING AS AGAINST DEFENDANT BRAINSTORM CREATIVE RESOURCES, INC.** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of June 9, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Leo D. Plotkin, Esq./ Levy, Small & Lallas:  lplotkin@lsl-la.com
John P. Mertens, Esq./Levy, Small & Lallas:  jmertens@lsl-la.com
Steven F. Werth, Esq./SulmeyerKupetz:  swerth@sulmeyerlaw.com

☐ Service Information continued on attached page.

**II.  SERVED BY THE COURT VIA U.S. MAIL**:  A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service Information continued on attached page.

**III.  TO BE SERVED BY THE LODGING PARTY:**  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service Information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                             **F 9021-1.1**